In the Matter of the Claim of ANGELA CHIGNOLA, Respondent, against A. TOZZINI TILE WORKS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to amend the decision of this court, dated July 2, 1953 (*ante,* p. 787) so as to provide for a division of costs denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of EDWARD E. SULLIVAN, Respondent, against B & A CONSTRUCTION, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante, p.* 788.]

In the Matter of the Claim of PETER RANELLUCCI, Respondent, against NEW YORK CENTRAL RAILROAD COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 789.]

In the Matter of the Claim JOHN C. CASSETTA et al., Respondents. REALTY HOTELS, INC., Appellant; EDWARD CORSI, as Industrial Commissioner, Respondent. In the Matter of REALTY HOTELS, INC., Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 793.]

ROSE M. VAN EPPS et al., Appellants, v. WILLIAM CARPENTER, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 799.]

WILSON SULLIVAN COMPANY, INC., Appellant, v. INTERNATIONAL PAPER MAKERS REALTY CORPORATION, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 800.]